## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-CV-001282-RBJ

JOE KELLY,

    Plaintiff

v.

ARAMARK UNIFORM SERVICES,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the parties' Stipulated Motion to Dismiss with Prejudice, the Court having reviewed same and being fully advised; ORDERS that the Motion is GRANTED, and that the action is hereby dismissed, with prejudice, each party to pay its own costs and attorney fees. DATED this  16th  day of February, 2016.

BY THE COURT:

*[signature]*

District Court Judge